IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BRYAN QUESENBERRY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>QUICKSILVER LLC; RENOVATED MONTANA PROPERTIES LLP; STEP ABOVE MANAGEMENT LLC; and WALLIS CORPORATION,<br><br>　　　　　　　Defendants. | CV 20-133-M-DLC-KLD<br><br>**ORDER** |

　　　Plaintiff United States of America, ex rel. Bryan Quesenberry moves for the admission of Stephen Quesenberry to practice before this Court in this case with James Cossitt to act as local counsel. Mr. Quesenberry's application appears to be in order.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Stephen Quesenberry pro hac vice is GRANTED on the condition that Mr. Quesenberry shall do his own work. This means that Mr. Quesenberry must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's

website, www.mtd.uscourts.gov, or from the Clerk's Office.  Mr. Quesenberry may move for the admission pro hac vice of one (1) associate of his firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Quesenberry.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Quesenberry, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 31st day of August, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge