IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BRYAN QUESENBERRY, Plaintiffs, vs. QUICKSILVER, LLC; RENOVATED MONTANA PROPERTIES, LLP; STEP ABOVE MANAGEMENT, LLC; and WALLIS CORPORATION, Defendants. | CV 20-133-M-DLC-JTJ SEALED ORDER |

The Court, having considered the Unopposed Application of the United States for an Extension of Time in Which to Intervene, and having found good cause for extending the intervention period under 31 U.S.C.§ 3730(b)(3), orders as follows:

IT IS HEREBY ORDERED that the Application of the United States is GRANTED. The United States shall have up to and including December 27, 2021, within which to notify the Court of its decision to intervene in this action.

IT IS FURTHER ORDERED that the complaint, and all other filings in this case shall remain UNDER SEAL until further order of this Court.

DATED this 29th day of October, 2021.

John Johnston
United States Magistrate Judge